**UNITED STATES of America, Plaintiff—Appellee,**

v.

**William Larnell ECKLES, Jr., Defendant—Appellant.**

**No. 05–6496.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 25, 2005.

Decided: Sept. 1, 2005.

William Larnell Eckles, Jr., Appellant pro se. Amy Elizabeth Ray, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Larnell Eckles, Jr., seeks to appeal the district court's order denying relief on his motion under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Eckles has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.2001). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*